# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Monty Ross, and all other similarly situated under 29 U.S.C. § 216(b), | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Heller Casing Service, Inc., & Casey Heller, individually, | ) ) ) | Case No. 1:16-cv-352 |
| Defendants. | ) ) | |

Before the court is the parties' stipulation for stay and extension of time to file joint discovery/case management plan. The court **ADOPTS** the parties' stipulation (Docket No. 35). The above-entitled action shall be stayed until December 1, 2017, or until completion of settlement negotiations, which ever occurs earlier. Defendant shall provide Plaintiff with payroll documents for all individuals who have filed a consent to participate in this case within fourteen (14) business days from the date of this order. Either party may notify the court of the termination of settlement negotiations by filing a Notice with the court. In the event the parties have not notified the court of settlement by December 1, 2017, they will file a Joint Status Report, and if necessary, a Joint Discovery and Case Management Plan by that date.

**IT IS SO ORDERED.**

Dated this 3rd day of October, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court