# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Monty Ross, and all others similarly situated under 29 U.S.C. § 216(b), | ) ) ) |
| Plaintiff, | ) **ORDER** ) |
| vs. | ) ) Case No. 1-16-cv-352 |
| Heller Casing Services, Inc., & Casey Heller, individually, | ) ) ) |
| Defendant. | ) |

Before the court is the parties' stipulation for stay and extension of time to file joint discovery/case management plan. The court **ADOPTS** the stipulation. (Doc. No. 39). The above-entitled action shall be stayed until March 5, 2018, or until completion of settlement negotiations, whichever occurs earlier. In the event the parties have not notified the court of settlement by March 5, 2018, they will file a Joint Status Report and, if necessary, a Joint Discovery and Case Management Plan by that date.

**IT IS SO ORDERED.**

Dated this 3rd day of January, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court