# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Monty Ross, and all others similarly situated under 29 U.S.C. § 216(b), | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Heller Casing Service, Inc., & Casey Heller, individually, | ) ) ) | Case No. 1:16-cv-352 |
| Defendants. | ) ) | |

On March 12, 2018, the court entered an order staying this action until May 5, 2018, or until completion of settlement negotiations, whichever occurs earlier. On May 7, 2018, the parties filed a stipulation to extend the stay. The court **ADOPTS** the parties' stipulation (Doc. No. 43) and extends the stay until July 6, 2018. The court further **ORDERS** that the parties shall file a Joint Status Report and, if no settlement is reached, a Joint Discovery and Case Management Plan by July 13, 2018.

Dated this 8th day of May, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court